IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ARIF ATIYEH,                       )
trading as WOW Outlet,             )
                                   ) Civil Action
            Plaintiff              ) No. 07-cv-04798
                                   )
       vs.                         )
                                   )
NATIONAL FIRE INSURANCE COMPANY    )
  OF HARTFORD;                     )
and CNA,                           )
                                   )
            Defendants             )
```

O R D E R

NOW, this 24th day of September, 2010, upon consideration of National Fire Insurance Company of Hartford's Motion for Judgment on the Pleadings Pursuant to Federal Rules of Civil Procedure 12(c), which motion was filed November 5, 2009; upon consideration of Plaintiff's Answer to Defendants' Motion for Judgment on the Pleadings, which response was filed November 25, 2009; upon consideration of Defendant National Fire Insurance Company of Hartford's Reply to Plaintiff's Response to Defendant's Motion for Judgment on the Pleadings, which reply was filed March 16, 2010; upon consideration of the briefs of the parties; and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that National Fire Insurance Company of Hartford's Motion for Judgment on the Pleadings Pursuant to Federal Rules of Civil Procedure 12(c) is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendants National Fire Insurance Company of Hartford and CNA against plaintiff Arif Atiyeh, trading as WOW Outlet.[1]

                                          BY THE COURT:

                                        /s/ James Knoll Gardner
                                        James Knoll Gardner
                                        United States District Judge

---

[1] As noted in the accompanying Memorandum, defendants' motion for judgment on the pleadings addresses only plaintiff's claim and not defendants' counterclaim. Thus, this Order does not dispose of the action in its entirety.